1   Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
2   Karl O. Riley, Esq.
    Nevada Bar No. 12077
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
4   Suite 1100
    Las Vegas, NV  89169
5   Telephone (702) 784-5200
    Facsimile (702) 784-5252
6   Email: calexander@swlaw.com
           kriley@swlaw.com
7
    *Attorneys for Defendant Wells Fargo Bank, N.A.*
8   *dba America's Servicing Company*

9                IN THE UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12  ROBERT L. MARKS and GRACELDA          CASE NO.: 2:11-cv-00925-GMN-CWH
    MARKS, as husband and wife,
13
                    Plaintiffs,
14
    vs.
15                                        **STIPULATION AND ORDER TO**
    US BANK NATIONAL ASSOCIATION,         **DISMISS CASE WITH PREJUDICE AND**
16  N.A., a National Association, QUALITY **RELEASE LIS PENDENS**
    LOAN SERVICE CORPORATION, a
17  Foreign Corporation WELLS FARGO
    BANK, N.A. dba AMERICAS
18  SERVICING COMPANY, a division of
    Wells Fargo Home Mortgage, a Foreign
19  Corporation, MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., a
20  Corporation, JOHN DOES I-V, and DOE
    CORPORATIONS I through X inclusive,
21
                    Defendants.
22

23       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Robert L.

24  Marks and Gracelda Marks ("Marks"), through counsel, Randolph Law Firm, P.C. and Defendant

25  Wells Fargo Bank, N.A. d/b/a America's Servicing Company ("Wells Fargo"), through counsel,

26  Snell & Wilmer L.L.P.:

27       THAT the above-captioned case, all claims, causes of action and defenses among Marks

28  and Wells Fargo set forth in the pleadings be dismissed with prejudice, with each party to bear

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    their own attorneys' fees and costs.

2        FURTHER THAT the Notice of Lis Pendens recorded by Marks on March 9, 2011 in the

3    Official Records of Clark County, Nevada as Document No.  20110309-0004224 against the real

4    property described as 535 Scenic Terra Drive, Henderson, NV 89015 with Assessor's Parcel

5    Number 179-21-114-038 be released in full.

6    Dated this 5th day of ~~November~~ December, 2011        Dated this 5th day of ~~November~~ December, 2011

7

8    By: _____        By: _____

9        Taylor L. Randolph, Esq.            Cynthia L. Alexander, Esq.
         Randolph Law Firm, PC               Nevada Bar No. 6718

10       2045 Village Center Circle          Karl O. Riley, Esq.
         Las Vegas, Nevada  89134            Nevada Bar No. 12077
                                             SNELL & WILMER L.L.P.
11       *Attorney for Plaintiffs*           3883 Howard Hughes Parkway
                                             Suite 1100
12                                           Las Vegas, NV  89169

13                                           *Attorneys for Defendant Wells Fargo*
                                             *Bank, N.A. dba America's Servicing*
14                                           *Company*

15                    <u>**ORDER**</u>

16       IT IS SO ORDERED that above-captioned case, all claims, cross-claims, counterclaims,

17   causes of action and defenses among Marks and Wells Fargo set forth in the pleadings is

18   dismissed with prejudice.

19       FURTHER ORDERED that the Notice of Lis Pendens recorded by Marks on March 9,

20   2011 in the Official Records of Clark County, Nevada as Document No. 20110309-0004224

21   against the real property described as 535 Scenic Terra Drive, Henderson, NV 89015 with

22   Assessor's Parcel Number 179-21-114-038 is hereby RELEASED IN FULL.

23       **DATED** this 6th day of December, 2011.

24

25

26   _____
     Gloria M. Navarro
27   United States District Judge

28   13735363.2

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200